NICHOLAS W. SARRIS (SBN 242011)
JML LAW, APLC
5855 Topanga Canyon Blvd. Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorney for Plaintiff
MEL SANDVIK

EMMA LUEVANO (SBN 198421), eyl@msk.com
SANDRA HANIAN (SBN 305983), s3h@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
MARVEL FILM PRODUCTIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL SANDVIK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARVEL FILM PRODUCTIONS, LLC, a Delaware limited liability company; CAST AND CREW PRODUCTION SERVICES, a California limited liability company, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01623-SVW-JC<br><br>Hon. Stephen V. Wilson<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>*[[Proposed] Order, filed concurrently herewith]*<br><br>[Los Angeles Superior Court Case No. 23STCV02111]<br><br>File Date:        01/31/2023<br>Disc. CutOff:   07/03/2023<br>PreTrial Conf:  07/31/2023<br>Trial Date:       08/08/2023 |

Plaintiff Mel Sandvik ("Plaintiff") and Defendant Marvel Film Productions LLC ("Defendant") (collectively, the "Parties") jointly submit the following Joint Notice of Settlement in Principle:

1. The Parties have reached a settlement in principle (subject to full execution of a binding written settlement agreement); and

2. The Parties are diligently preparing and exchanging drafts of the agreement, but the Parties have not finalized the settlement agreement.

Accordingly, in furtherance of the Parties' settlement in principle and to conserve the respective resources of the Parties and the Court, the Parties, through the undersigned counsel, respectfully jointly request that the Court order the following:

1. The Court's Order Regarding Expert Discovery Deadlines (ECF Dkt. No. 23), Pretrial Conference (July 31, 2023 at 3:00 p.m.), and Trial (August 8, 2023 at 9:00 a.m.), and all current extant dates and deadlines shall be vacated;

2. The action shall, *without being dismissed*, be placed on the Court's inactive calendar; and

3. If a Stipulation of Dismissal (Fed. R. Civ. P. 41(a)(1)(A)(ii)) is not filed by July 31, 2023, the Parties shall submit a joint report to the Court on August 2, 2023 regarding the status of the settlement process.

DATED: June 21, 2023

JML LAW
NICHOLAS W. SARRIS

By: /s/ Nicholas W. Sarris
Nicholas W. Sarris
Attorneys for Plaintiff
MEL SANDVIK

Mitchell Silberberg & Knupp LLP

| | |
|---|---|
| 1  DATED: June 21, 2023 | MITCHELL SILBERBERG & KNUPP LLP |
| 2 | EMMA LUEVANO |
|   | SANDRA HANIAN |
| 3 | |
| 4 | By: /s/ Emma Luevano |
| 5 | Emma Luevano |
|   | Attorneys for Defendant |
| 6 | MARVEL FILM PRODUCTIONS LLC |

## Attestation Regarding Signatures

I, Emma Luevano, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 21, 2023

By: /s/ Emma Luevano
Emma Luevano