JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL SANDVIK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARVEL FILM PRODUCTIONS, LLC, a Delaware limited liability company; CAST AND CREW PRODUCTION SERVICES, a California limited liability company; and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 2:23-cv-01623-SVW-JC<br><br>[Los Angeles Superior Court Case No. 23STCV02111]<br><br>Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING CASE**<br><br>Complaint Filed January 31, 2023 in Los Angeles County Superior Court |

The Parties having stipulated, IT IS HEREBY ORDERED that the entire above-entitled action is dismissed with prejudice. The Clerk shall close the file.

DATED: July 26, 2023

The Honorable Stephen V. Wilson

United States District Judge

1

[PROPOSED] ORDER DISMISSING CASE

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367